**Fill in this information to identify the case:**

Debtor 1: Matthew P Laychock

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 22-11579

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 7 7 7 9

**Date of payment change:** 08/08/22
Must be at least 21 days after date of this notice

**New total payment:** $ 359.45
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 5.49 %    New interest rate: 6.24 %
   Current principal and interest payment: $ 346.08    New principal and interest payment: $ 359.45

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **Matthew P Laychock**  Case number (*if known*) 22-11579
First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ */s/ Michele Green*  Date 07/20/2022
Signature

Print: **Michele Green**  Title **Bankruptcy Administrator**
First Name  Middle Name  Last Name

Company: **Santander Bank, N.A.**

Address: **450 Penn Street**
Number  Street

**Reading**  **PA**  **19602**
City  State  ZIP Code

Contact phone (**484**) **512** – **3567**  Email **DeftBkr@santander.us**

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Account Number: | |
| Statement Period From: | 06/17/2022 |
| Statement Period Through: | 07/16/2022 |
| Days in Statement Period | 30 |
| Current Balance | 44,919.73 |
| Credit Line Amount: | 0.00 |
| Available Credit | 0.00 |

| | |
|---|---|
| **Minimum Payment:** | 9,359.87 |
| **Payment Due Date:** | 08/08/2022 |

MATTHEW LAYCHOCK
JILL T RODRIGUEZ
525 RYERS AVE
CHELTENHAM, PA 19012-2117

**IMPORTANT MESSAGES**

| | | | | |
|---|---|---|---|---|
| Principal Due | $169.36 | Beginning Balance | $44,729.64 |
| **INTEREST CHARGE** Due | **$190.09** | Advances | $0.00 |
| Past Due Amount | $8,335.14 | Payments Received | $0.00 |
| Late Charges Due | $268.28 | **INTEREST CHARGE** | 190.09 |
| Fees Due | $397.00 | | |
| **Total Minimum Payment Due** | **$9,359.87** | Ending Balance | $44,919.73 |

**RATE SUMMARY**

| Periodic Rate From | Periodic Rate Through | Annual Percentage Rate | Daily Periodic Rate | Balance subject to Interest Rate |
|---|---|---|---|---|
| 06/17/2022 | 07/08/2022 | 5.4900 | 0.0001504110 | 40,645.65 |
| 07/09/2022 | 07/16/2022 | 6.2400 | 0.0001709589 | 40,645.65 |

**TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT**

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 06/17/2022 | BEGINNING PRINCIPAL | | 40,645.65 |
| | 07/16/2022 | ENDING PRINCIPAL | | 40,645.65 |

**************************************** **FEES** ****************************************
            TOTAL FEES THIS PERIOD                                    0.00

**************************************** **INTEREST CHARGED** ****************************************
            TOTAL INTEREST THIS PERIOD                              190.09

**************************************** **2022 TOTALS YEAR-TO-DATE** ****************************************
            TOTAL FEES CHARGED                                        0.00
            TOTAL INTEREST CHARGED                                1,174.41

*Please return this portion with your check*

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 08/08/2022 | 9,359.87 | |

MATTHEW LAYCHOCK
JILL T RODRIGUEZ
525 RYERS AVE
CHELTENHAM, PA 19012-2117

**Make Check Payable To:**

SANTANDER BANK, N.A.
P.O. BOX 16255
READING, PA 19612-6255

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Matthew P Laychock                    Chapter #13
                                             Case No. 22-11579
                                             Honorable Ashely M Chan

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Michele Green of Santander Bank, N.A., do hereby certify that on July 20, 2022, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 20th day of July, 2022.

    *Michele Green*
Michele Green
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3567
Email: DeftBkr@santander.us

VIA US MAIL
MATTHEW P LAYCHOCK
525 RYERS AVE
CHELTENHAM, PA 19012-2117

VIA ECF
SCOTT F WATERMAN
2901 SAINT LAWRENCE AVE STE 100
READING, PA 19606-2265

DAVID M OFFEN
DMO160WEST@GMAIL.COM