United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 22-11579-amc
Matthew P Laychock                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                 Page 1 of 3
Date Rcvd: Jul 22, 2022                      Form ID: pdf900                         Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew P Laychock, 525 Ryers Avenue, Cheltenham, PA 19012-2117 |
| 14698929 | + | Aqua, Attn: Bankruptcy, 700 W Sproul Road, Springfield, PA 19064-4001 |
| 14698930 | | Aqua PA, 762 West Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14698932 | + | Bonneville Bank, Attn: Bankruptcy Department, P.O. Box 400, Provo, UT 84603-0400 |
| 14702770 | + | National Capital Management, L.P., C/O LEONA MOGAVERO, Friedman Schuman, P.C., 275 Commerce Drive, Ste. 210, Fort Washington, PA 19034-2417 |
| 14702245 | + | National Capital Management, L.P., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417 |
| 14701367 | + | PENNYMAC LOAN SERVICES, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14701099 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 23 2022 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: DeftBkr@santander.us | Jul 23 2022 00:20:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2022 00:21:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14698926 | + | Email/Text: bncnotifications@pheaa.org | Jul 23 2022 00:20:00 | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14698931 | | Email/Text: collectors@arresourcesinc.com | Jul 23 2022 00:20:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14698928 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2022 00:21:42 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14698933 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 23 2022 00:21:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14698934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2022 00:32:09 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14698935 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 23 2022 00:20:00 | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |

Case 22-11579-amc   Doc 19   Filed 07/24/22   Entered 07/25/22 00:29:38   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14698937 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 23 2022 00:21:34 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14698940 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 23 2022 00:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14705453 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 23 2022 00:20:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14702914 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2022 00:21:44 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698942 | ^ | MEBN | Jul 23 2022 00:16:27 | Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 14698944 | + | Email/PDF: pa_dc_claims@navient.com | Jul 23 2022 00:21:34 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698951 | + | Email/PDF: cbp@onemainfinancial.com | Jul 23 2022 00:21:35 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14698954 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 23 2022 00:20:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14706714 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 23 2022 00:20:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14698957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2022 00:21:44 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14705563 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2022 00:21:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14698955 | + | Email/PDF: ebnotices@pnmac.com | Jul 23 2022 00:32:08 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14698956 | | Email/PDF: ebnotices@pnmac.com | Jul 23 2022 00:32:04 | PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 14702849 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 23 2022 00:20:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14698959 | ^ | MEBN | Jul 23 2022 00:16:37 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14698960 | + | Email/Text: DeftBkr@santander.us | Jul 23 2022 00:20:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14698961 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2022 00:32:00 | Syncb/walm, Po Box 965024, Orlando, FL 32896-5024 |
| 14699290 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2022 00:21:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14698962 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2022 00:21:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14698964 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 23 2022 00:20:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14698943 | | National Capital Management, c/o Friedman Schuman, P.C., Ron L.Woodman, 275 Commerce Drive, Suite 210, NY 12891 |

| | | |
|---|---|---|
| cr | *+ | National Capital Management, L.P., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417 |
| 14698927 | *+ | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14698936 | *+ | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14698938 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14698939 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14698941 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14698945 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698946 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698947 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698948 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698949 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698950 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698952 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14698953 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14698958 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14698963 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Matthew P Laychock dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| LEONA MOGAVERO | on behalf of Creditor National Capital Management  L.P. lmogavero@fsalaw.com, mprimavera@fsalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Matthew P. Laycheck      :      Chapter 13

       Debtor      :      Bankruptcy No. 22-11579-amc

## CONSENT ORDER

*AND NOW*, this 19th day of July, 2022 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

*ORDERED*, that because this is the Debtor's fourth Chapter 13 bankruptcy filing since 2018, if this case is dismissed for any reason Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

*ORDERED*, that this Consent Order shall be effective without any further reference to it terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing t case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: July 19, 2022

_____
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: 7/21/2022

_____
Attorney for Debtor

Date: 7/19/22

_____
Debtor

BY THE COURT:

**Date: July 22, 2022**

_____
**HON. ASHELY M. CHAN
BANKRUPTCY JUDGE**