Certificate Number: 12433-PAE-DE-036707168

Bankruptcy Case Number: 22-11579



12433-PAE-DE-036707168

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2022, at 7:00 o'clock AM EDT, Matthew Laychock completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 25, 2022                By:   /s/Lisa Susoev

Name:   Lisa Susoev

Title:   Teacher