IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Matthew P Laychock                    : Case No. 22-11579-AMC

    Debtor(s)

**NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE**

The Meeting of Creditors has been rescheduled for **August 26, 2022** at **10:00 AM** at ALTERNATE TELEPHONE CONFERENCE.

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.

    /s/ David M. Offen
    David M. Offen Esq.
    Attorney for Debtor

Dated: August 2, 2022