Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11579-AMC**

Matthew P Laychock  
525 Ryers Avenue  
Cheltenham  PA    19012-2117

Petition Filed Date: 06/16/2022  
341 Hearing Date: 07/22/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC »» 001 | Unsecured Creditors | $1,020.80 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC »» 002 | Unsecured Creditors | $492.47 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $1,445.96 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Secured Creditors | $821.98 | $0.00 | $0.00 |
| 5 | LENDMARK FINANCIAL SERVICES LLC »» 005 | Unsecured Creditors | $5,434.60 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $3,884.19 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $6,493.87 | $0.00 | $0.00 |
| 8 | PECO ENERGY COMPANY »» 008 | Unsecured Creditors | $8,335.23 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $205.32 | $0.00 | $0.00 |
| 10 | EDUCATIONAL CREDIT MGMT CORP »» 010 | Unsecured Creditors | $1,960.20 | $0.00 | $0.00 |
| 11 | SANTANDER BANK NA »» 011 | Mortgage Arrears | $8,654.34 | $0.00 | $0.00 |
| 12 | NATIONAL CAPITAL MANAGEMENT LP »» 012 | Secured Creditors | $106,181.70 | $0.00 | $0.00 |
| 13 | PENNYMAC  LOAN SERVICES LLC »» 013 | Mortgage Arrears | $188,743.09 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11579-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.