UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     Matthew P Laychock<br><br>                        Debtor | Chapter 13<br>Bankruptcy No.22-11579-AMC |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of September, 2022, by first class mail upon those listed below:


Matthew P Laychock
525 Ryers Avenue
Cheltenham, PA  19012-2117

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA, PA  19106


                                        */s/ Kristen Gliem*
                                        _____
                                        Kristen Gliem
                                        for
                                        Scott F. Waterman, Esquire
                                        Standing Chapter 13 Trustee