IN THE UNITED STATES BANKRUPTCY COURT
FOR IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **MATTHEW P. LAYCHOCK** | : | Bankruptcy No. 22-11579-amc |
| | : | |
| **Debtor** | : | |

## ORDER

AND NOW, this ____ day of _____2022, upon consideration of the Certification of National Capital Management, L.P. ("NCM") of the Debtor's default under the Stipulated Order dated September 8, 2022, it is hereby

ORDERED, pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), that NCM is hereby granted relief from the automatic stay; and it is further

ORDERED, in accordance with the foregoing, that NCM is hereby authorized to exercise its rights and remedies under the Loan Documents, including without limitation the enforcement of NCM's rights in the Mortgaged Property and the sheriff's sale of the Mortgaged Property, as more fully set forth in the Stipulated Order; and it is further

ORDERED, that this Order is not stayed pursuant to Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) and is effective immediately; and it is further

ORDERED, that this Order shall survive the conversion of this bankruptcy case and shall be binding upon the Debtor and any trustee presently acting or subsequently appointed in this case.

BY THE COURT:

**Date: October 17, 2022**

_____
Ashely M. Chan, United States Bankruptcy Judge

{Client Files/005697/00160/01610670.DOCX;1}

Copies to:

Leona Mogavero, Esquire
Friedman Schuman, P.C.
275 Commerce Drive, Suite 210
Fort Washington, PA  19034

David M. Offen, Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA  19106

Scott F. Waterman, Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA  19606

United States Trustee
Office of United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107