**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| Matthew P Laychock | : | |
| **Debtor(s)** | : | Bky. No. 22-11579-amc |

# ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, the Debtor(s) has/have filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**. Per the Consent Order entered on 7/19/22 (Doc. #18), Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years from the date of the dismissal order without further leave of Court.

**Date: October 26, 2022**

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**