United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Matthew P Laychock  
    Debtor

Case No. 22-11579-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 26, 2022      Form ID: pdf900      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew P Laychock, 525 Ryers Avenue, Cheltenham, PA 19012-2117 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |
| cr | + | c/o Kellie Rahl-Heff Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. 4060, Allentown, PA 18105-4060 |
| 14698929 | + | Aqua, Attn: Bankruptcy, 700 W Sproul Road, Springfield, PA 19064-4001 |
| 14698930 | | Aqua PA, 762 West Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14698932 | + | Bonneville Bank, Attn: Bankruptcy Department, P.O. Box 400, Provo, UT 84603-0400 |
| 14724042 | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, 1500 Market Street, Suite 3400, Centre Square West, Philadelphia, PA 19102-2100 |
| 14702770 | + | National Capital Management, L.P., C/O LEONA MOGAVERO, Friedman Schuman, P.C., 275 Commerce Drive, Ste. 210, Fort Washington, PA 19034-2417 |
| 14702245 | + | National Capital Management, L.P., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417 |
| 14701367 | + | PENNYMAC LOAN SERVICES, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14710123 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, Esq., 33 S. 7th Street, P.O. Box 4060, Allentown PA 18105-4060 |
| 14709964 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, Esquire, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 27 2022 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: DeftBkr@santander.us | Oct 27 2022 00:02:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:58:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14698926 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 00:02:00 | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14698931 | | Email/Text: collectors@arresourcesinc.com | Oct 27 2022 00:02:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14720081 | + | Email/PDF: pa_dc_ed@navient.com | Oct 26 2022 23:58:40 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14698928 | + | Email/PDF: bncnotices@becket-lee.com | Oct 26 2022 23:58:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

Case 22-11579-amc    Doc 44    Filed 10/28/22    Entered 10/29/22 00:29:43    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| 14698933 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:58:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14698934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 00:09:09 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14698935 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2022 00:02:00 | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14709604 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2022 00:02:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14698937 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 26 2022 23:58:41 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14698940 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 00:02:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14705453 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 27 2022 00:02:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14702914 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:58:37 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698942 | ^ | MEBN | Oct 26 2022 23:56:35 | Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 14698944 | + | Email/PDF: pa_dc_claims@navient.com | Oct 26 2022 23:58:40 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698951 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:58:31 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14698954 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 27 2022 00:02:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14706714 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 27 2022 00:02:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14701099 | ^ | MEBN | Oct 26 2022 23:56:37 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 00:09:09 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14705563 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:58:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14698955 | + | Email/PDF: ebnotices@pnmac.com | Oct 27 2022 00:09:16 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14698956 | | Email/PDF: ebnotices@pnmac.com | Oct 26 2022 23:58:37 | PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 14710581 | + | Email/PDF: ebnotices@pnmac.com | Oct 27 2022 00:09:26 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14702849 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2022 00:02:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14698959 | ^ | MEBN | Oct 26 2022 23:56:29 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14698960 | + | Email/Text: DeftBkr@santander.us | Oct 27 2022 00:02:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14698961 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:58:36 | Syncb/walm, Po Box 965024, Orlando, FL 32896-5024 |
| 14699290 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0313-2 User: admin Page 3 of 4
Date Rcvd: Oct 26, 2022 Form ID: pdf900 Total Noticed: 46

| Recip ID | | | | |
|---|---|---|---|---|
| | | | Oct 26 2022 23:58:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14698962 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 26 2022 23:58:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14698964 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Oct 27 2022 00:02:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14698943 | | National Capital Management, c/o Friedman Schuman, P.C., Ron L.Woodman, 275 Commerce Drive, Suite 210, NY 12891 |
| cr | *+ | National Capital Management, L.P., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417 |
| 14698927 | *+ | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14720082 | *+ | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14698936 | *+ | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14698938 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14698939 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14698941 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14710008 | *+ | National Capital Management, L.P., c/o Leona Mogavero, Esquire, Friedman Schuman, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417 |
| 14698945 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698946 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698947 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698948 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698949 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698950 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14698952 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14698953 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14698958 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14698963 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 46 |

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**DAVID M. OFFEN**
on behalf of Debtor Matthew P Laychock dmo160west@gmail.com
davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

**KELLIE LYNNE RAHL-HEFFNER**
on behalf of Creditor c/o Kellie Rahl-Heff Santander Bank N.A. krahl-heffner@grossmcginley.com
jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

**LEONA MOGAVERO**
on behalf of Creditor National Capital Management  L.P. lmogavero@fsalaw.com, mprimavera@fsalaw.com

**MICHAEL D. VAGNONI**
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

**SCOTT F. WATERMAN (Chapter 13)**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Matthew P Laychock | : | |
| Debtor(s) | : | Bky. No. 22-11579-amc |

## ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, the Debtor(s) has/have filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**. Per the Consent Order entered on 7/19/22 (Doc. #18), Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years from the date of the dismissal order without further leave of Court.

**Date: October 26, 2022**

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**